# Long Hollow Family Practice, P.C.

450 Professional Park Drive P.O. Box 710
Goodlettsville, Tennessee 37070
615•859•1440 ◊ Fax 615•859•0145

John E. Baites, Jr. M.D. (1801866199)  Ted J. Miller, M.D. (1063483568)
Melissa M. Carter, P.A.-C (1881634442) Jeannie Swafford, P.A.-C (1811220130)
Candyce Miller, N.P. (1245270883) Meredith I. Dunham, N.P. (1962441006)

Re: Susan Webster

## FAX TRANSMITTAL MEMO

TO: Ashley

FAX NUMBER: 615

FROM: Jeannie Swafford

DATE: 12-10-18

NUMBER OF PAGES: _____ (Including Cover Page)

SPECIAL MESSAGE OR INTSTRUCTIONS:
Re: Pages you needed for Susan Webster

IF YOU DO NOT RECEIVE THIS ENTIRE DOCUMENT OR HAVE ANY QUESTIONS, PLEASE CALL: 615-859-1440

The information contained in the facsimile message is legally privileged and confidential information only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone (collect) and return the original message to us at the above address via the U.S. Postal Service. We will reimburse you for the postage. Thank You.

**EXHIBIT 8**

For: Susan Webster

EXHIBIT 8

# Certification of Health Care Provider for Family Member's Serious Health Condition (Family and Medical Leave Act)

**U.S. Department of Labor**
Wage and Hour Division

DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR: RETURN TO THE PATIENT.

OMB Control Number: 1235-0003
Expires: 8/31/2021

## SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave to care for a covered family member with a serious health condition to submit a medical certification issued by the health care provider of the covered family member. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees' family members, created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact: __Sontara     Ashley Woodsen, Senior HR Generalist__

## SECTION II: For Completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your family member or his/her medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave to care for a covered family member with a serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 29 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form to your employer. 29 C.F.R. § 825.305.

Your name: __Richard     Scott     Webster__
            First       Middle    Last

Name of family member for whom you will provide care: __Susan    Denise    Webster__
                                                       First    Middle    Last

Relationship of family member to you: __Spouse__

If family member is your son or daughter, date of birth: __n/a__

Describe care you will provide to your family member and estimate leave needed to provide care:
My wife was diagnosed with Usher Syndrome and Retinitis Pigmentosa and has 10 degrees of vision left and can no longer drive. I provided her with psychological comfort and reassurance along with driving her to doctors appointments. I also moved her [illegible] and continue to work. I also made home modifications for her safety and mobility. Nov. 2 to Nov. 20, 2018

_[signature]_     __11-27-18__
                  Date

CONTINUED ON NEXT PAGE


EXHIBIT
8

## SECTION III: For Completion by the HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** The employee listed above has requested leave under the FMLA to care for your patient. Answer, fully and completely, all applicable parts below. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the patient needs leave. Page 3 provides space for additional information, should you need it. Please be sure to sign the form on the last page.

Provider's name and business address: Jeanie Stratford 450 Professional Park Dr. Goodl, TN 37072

Type of practice / Medical specialty: Family

Telephone: (615) 859-1440   Fax: (615) 859-0145

### PART A: MEDICAL FACTS

1. Approximate date condition commenced: 8-1-18

Probable duration of condition: Permanent lifelong

Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
✓ No  ___ Yes. If so, dates of admission: ____

Date(s) you treated the patient for condition: 10-2-18, 11-8-18, 11-28-18

Was medication, other than over-the-counter medication, prescribed? ___ No  ✓ Yes.

Will the patient need to have treatment visits at least twice per year due to the condition? ___ No  ✓ Yes

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
___ No  ✓ Yes. If so, state the nature of such treatments and expected duration of treatment:
Related disorders require specialist in each area. Retina, Otolaryngologist

2. Is the medical condition pregnancy? ✓ No  ___ Yes. If so, expected delivery date: ____

3. Describe other relevant medical facts, if any, related to the condition for which the patient needs care (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

Vision and hearing loss due to Usher II and Related Disorders. She has [Retiniti]s pigmentosa, Hearing loss, [Hypo]glycemia and anxiety

CONTINUED ON NEXT PAGE

**PART B: AMOUNT OF CARE NEEDED:** When answering these questions, keep in mind that your patient's need for care by the employee seeking leave may include assistance with basic medical, hygienic, nutritional, safety or transportation needs, or the provision of physical or psychological care].

4. Will the patient be incapacitated for a single continuous period of time, including any time for treatment and recovery? ___No ✓Yes.

Estimate the beginning and ending dates for the period of incapacity: 11-2-18 to 11-20-18

During this time, will the patient need care? ___No ✓Yes.  prevented from functioning in a normal way

Explain the care needed by the patient and why such care is medically necessary: Pt needed anxiety & depression medication. The patient also needed help from her spouse to make environmental adjustments to the home for safety & function for day to day living. Pt will need ongoing medical treatment

5. Will the patient require follow-up treatments, including any time for recovery? ___No ✓Yes.

Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period: Pt will be scheduled for followup evals every 6 months

Explain the care needed by the patient, and why such care is medically necessary: monitoring by providers

6. Will the patient require care on an intermittent or reduced schedule basis, including any time for recovery? ___No ✓Yes.

Estimate the hours the patient needs care on an intermittent basis, if any:
___ hour(s) per day; 1 per 6 months days per week from 10-2-18 through 10-2-19

Explain the care needed by the patient, and why such care is medically necessary: followup appts for all conditions

CONTINUED ON NEXT PAGE

Form WH-380-F Revised January 2009

7. Will the condition cause episodic flare-ups periodically preventing the patient from participating in normal daily activities? ___ No  ✓ Yes.

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: _____ times per _____ week(s) _____ month(s)

Duration: _____ hours or ___ day(s) per episode

Does the patient need care during these flare-ups? ___ No  ✓ Yes.

Explain the care needed by the patient, and why such care is medically necessary:
Patient is gradually losing vision & hearing. Pt can no longer drive and has trouble functioning in daily life.

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER

Pt needed assistance from 11-2-18 to 11-20-18 from spouse. Spouse is needed for transportation to doctor's appts. Pt can no longer drive and needs to move her business office to her home. Spouse also made accomodations to the home for safety & mobility reasons

Signature of Health Care Provider: Jennie M. [Bufford?]-PAC    Date: 12-10-18

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

Form WH-380-F Revised January 2009

EXHIBIT 8