IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| RICHARD SCOTT WEBSTER, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 3:20-cv-00685 |
| v. | ) | JUDGE RICHARDSON |
| SONTARA OLD HICKORY, INC., et al., | ) | |
| Defendants. | ) | |

## ORDER

In light of the mediator's report filed by Magistrate Judge Joe B. Brown (Ret.), mediator, reporting that the parties had successfully participated in mediation and all matters in controversy were resolved (Doc. No. 61), the pretrial conference set for January 21, 2022, and the jury trial set for February 1, 2022, are canceled.

The parties have until January 31, 2022 to file a stipulation of dismissal or other document resolution to the case. (Doc. No. 62). If after that date, the parties have not filed such a document, the Court will consider whether to reschedule trial, if appropriate.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE